DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE McCOY

No. 199 P.C.

Case below: 39 N.C. App. 52.

Petition by respondents for discretionary review under G.S. 7A-31 denied 5 February 1979.

LEDWELL v. BERRY

No. 191 P.C.

Case below: 39 N.C. App. 224.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 February 1979.

McLEAN v. SALE

No. 163 P.C.

Case below: 38 N.C. App. 520.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

MORTGAGE CO. v. REAL ESTATE, INC.

No. 193 P.C.

Case below: 39 N.C. App. 1.

Petition by defendant construction company for discretionary review under G.S. 7A-31 allowed 5 February 1979.

REDEVELOPMENT COMM. v. COX

No. 188 P.C.

Case below: 39 N.C. App. 259.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 February 1979.